SO ORDERED.

Dated: August 24, 2020



*Madeleine C. Wanslee*
**Madeleine C. Wanslee, Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| KEVIN   FERRILL | Case No. 2:19-06498-MCW |
| Debtor(s) | ORDER FOR PAYMENT OF UNCLAIMED FUNDS |

Upon application of Edward J. Maney, Trustee and good cause appearing:

IT IS ORDERED that the Trustee pay over the amount of $2375.00 to the Clerk of the Court to be deposited as provided in Section 347(a) of the Bankruptcy Code.

**ORDER SIGNED AND DATED ABOVE**