

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

KEVIN ERIC FERRILL
11633 W. OGLESBY AVENUE
YOUNGTOWN, AZ 85363
SSAN: xxx–xx–2483
EIN:

Case No.: 2:19–bk–06498–MCW

Chapter: 13

Debtor(s)

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On December 30, 2021, an application was filed for the Claimant(s), Kevin Eric Ferrill, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a).

The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly,

IT IS HEREBY ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $2,375.00 held in the unclaimed funds be made payable to the Claimant(s) **Kevin Eric Ferrill** and be disbursed at the following address:

**KEVIN ERIC FERRILL**
**11633 W. OGLESBY AVENUE**
**YOUNGTOWN, AZ 85363**

Date: 1/19/22